**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **PEDRO RAMOS** | **CIVIL ACTION NO. 26-2670** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE JERRY EDWARDS, JR.** |
| **WARDEN CENTRAL LOUISIANA ICE PROCESSING CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Pedro Ramos's petition for habeas corpus is **GRANTED**: Respondents, and the Warden of Central Louisiana ICE Processing Center, shall (A) release Petitioner from custody within seven (7) days, under reasonable conditions of supervision if necessary and (B) notify Petitioner's counsel of the exact location and time of his release no less than two hours before his release.

ALEXANDRIA, LOUISIANA, this 6th day of November, 2026.



JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE